**Exhibit A to the Complaint**

**Location:** Malden, MA  
**Total Works Infringed:** 200  
**IP Address:** 72.74.165.137  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4B1EBB72D82C9E077376420BC35847EEA576F68B<br>File Hash:<br>E78B0D7179E81B6A93DF6DDF39920DB430BC76FB0684E019DF26067FCDDC7F47 | 12-10-2023 05:46:07 | Blacked Raw | 12-04-2023 | 12-12-2023 | PA0002445181 |
| 2 | Info Hash: 53FF1B4BD8FB69630FE0A67611FE747F902F6874<br>File Hash:<br>935A67AD457F370502CC477CC89D0E949B49AEBCEE3D5E958061C134B315D004 | 12-07-2023 21:49:42 | Vixen | 07-18-2017 | 08-10-2017 | PA0002046875 |
| 3 | Info Hash: BB3215E8561A88B67F8C6EE1280DB47FB848E8BE<br>File Hash:<br>27C094AC9621E2D7E85C275B3C1A8F0F8C0444389E8452F00C67CCF08102600F | 12-07-2023 09:24:48 | TushyRaw | 12-06-2023 | 12-13-2023 | PA0002445426 |
| 4 | Info Hash: EC4BFEC467DC664C1EA73539E1FB0CB89B9E2BC1<br>File Hash:<br>D73492883DAED4AE4A6C05D7B35D388D7E59E753FB911B720722E61AA8B68098 | 12-04-2023 08:53:10 | Tushy | 12-03-2023 | 12-13-2023 | PA0002445432 |
| 5 | Info Hash: 04D4D118078A24B5DCF593D690C4E62D10036E4E<br>File Hash:<br>FD0AE4A04EF6BFC11B42F15BAD0CF8658C4FF418269177DB7FACE0E45293359D | 12-02-2023 07:51:50 | Vixen | 12-01-2023 | 12-13-2023 | PA0002445428 |
| 6 | Info Hash: 340FEF74C65F9F20060D40F3672B499419EE3B06<br>File Hash:<br>125A25A5B188F187B8EDD20129B657EA01C6E2F7CA4E1608F98C6F79C6E55F10 | 11-30-2023 09:43:49 | TushyRaw | 11-29-2023 | 12-13-2023 | PA0002445424 |
| 7 | Info Hash: F5049EF7F4C55E76A03234B788B9123BF945EA88<br>File Hash:<br>AC358D7EEB013B3982FE26494E0D25F418D5440C16B918F06246C550ABD37C0F | 11-30-2023 09:20:25 | Tushy | 11-26-2023 | 12-13-2023 | PA0002445325 |
| 8 | Info Hash: B54B8974CFF8BFCAD4ABDAD2E085DD7BC168F57E<br>File Hash:<br>0D4C7E38FE98713BC3F39A6F889F3D9FC22E495832DF0277F773A69C17577319 | 11-28-2023 05:50:08 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 9 | Info Hash: D21FF692E96E967D30C7F53FC3A4156A4ABF3E16<br>File Hash:<br>22D5CC88969FD55F7234292D0CB962DBBBEF021B9C7E5161B2A2EEE064BC6934 | 11-28-2023 05:43:31 | Blacked Raw | 10-30-2023 | 12-05-2023 | PA0002443584 |
| 10 | Info Hash: 1352AC79C7DAF5AFFCC23AE232ADA059FA1557CD<br>File Hash:<br>67851238A40032F0142AEE33F7E4067D98A33E2EF31BC1335CA70DA01806AE8E | 11-26-2023 17:04:20 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 11 | Info Hash: 44B4FBF6C812B646820EABDFA329992B2D7065CA<br>File Hash:<br>33AB19B33CE5E9A0D98BC71DBFCE43E9F050874167AE3C325001CB280A964449 | 11-26-2023 16:25:21 | Blacked | 11-25-2023 | 12-11-2023 | PA0002444871 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 928ED183AA82219FB8D4E0174D57E557A3A5A886<br>File Hash: 93DEA7FDFD06E83E23EB18C8E4C7AAACCB9C5107AA313A53FFD44E6889D3D9B9 | 11-23-2023 23:04:15 | Tushy | 05-01-2018 | 06-19-2018 | PA0002126640 |
| 13 | Info Hash: 799651C723A08954B4B6E4D77AFC0A2729CA71B1<br>File Hash: 096519CA5C6F3DFEF5F48FC8D39197AD822DD9A331D228C013594865274AA218 | 11-23-2023 10:25:00 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 14 | Info Hash: 298F45BBEB29B0A3FA8F743A3408BCEF5303DEC6<br>File Hash: 74F05B536CDAF4846D75F3077CFA0FA7056DAC70F3A8576917FEC3666A94A88D | 11-23-2023 10:23:23 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 15 | Info Hash: B08D540529DEFB62445F9C20FB246B55B0D95B41<br>File Hash: 64BC02EA86D393B146613FCC355AEE81459A3247ACB0D4B47528AAD3D3A579A9 | 11-23-2023 06:22:21 | TushyRaw | 11-22-2023 | 12-13-2023 | PA0002445429 |
| 16 | Info Hash: C4C3D0AF46D7C414325C90E6C38AAFE658B7C628<br>File Hash: 9D50F46EA8168AB4A821ACE59D111D0C0C2FCFC6C8ACF4E7F7163B5DB266750A | 11-21-2023 23:15:16 | Blacked | 10-21-2023 | 11-13-2023 | PA0002439582 |
| 17 | Info Hash: 05B72F9FE884778D6750C21EE229C3B4BA742933<br>File Hash: D599EBB6D7CF1B73D8BDA917677EBD5B750A9B5C5031866EA3C8D0E17FB2017E | 11-21-2023 10:10:59 | Blacked Raw | 11-20-2023 | 12-12-2023 | PA0002444867 |
| 18 | Info Hash: 268198E82898E84F2EC5B60C5BBB217B47638A1B<br>File Hash: 20C1287CB9E00352AACC274FF0D67DCEB017F25D5AF8819AC3569B00BE1581B2 | 11-20-2023 09:33:33 | Tushy | 11-19-2023 | 12-12-2023 | PA0002445179 |
| 19 | Info Hash: 9E04DE9479F3A1A325CF22DE98B6353DC3A2F9BF<br>File Hash: A00E2BE1681348EEFAF490591C6A249167ACAFDCB491E1A495BD7356F79C2F67 | 11-16-2023 09:31:54 | TushyRaw | 11-15-2023 | 12-13-2023 | PA0002445430 |
| 20 | Info Hash: BF44528EB824C9A0A1DBD2E0739AAF39A0C7532B<br>File Hash: 86CF271F1680F32A38E3278784C9D818C63993F835BCC52DBD5C68BF0F1CA31C | 11-02-2023 22:26:18 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 21 | Info Hash: 22A33D5832765A307DACBD384F85BC88C99F909B<br>File Hash: C1709914FF5868EEDE6A812D200F06B64CDCC78AC23E9A3FF49666CDC4C6A123 | 10-23-2023 21:49:33 | Blacked Raw | 10-23-2023 | 11-13-2023 | PA0002439616 |
| 22 | Info Hash: A732D3ED374098FA24549022F3E52F520BF8F062<br>File Hash: 56CE9FC3C6D3ABACA11E74AFE92697D4E9AE6BA26DC93B08CB5B7418AD6502A5 | 10-18-2023 21:52:06 | TushyRaw | 10-18-2023 | 11-14-2023 | PA0002439663 |
| 23 | Info Hash: 49DF6FDD62BCC7F2AD1F322CB99D8B359C044CCC<br>File Hash: 9E6A75CEAFDD7702981A80FD1A32E209E873A1BED00B60855F711F5C5BF035E6 | 10-16-2023 21:22:13 | Blacked Raw | 10-16-2023 | 11-13-2023 | PA0002439580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CE4034F5B5C08E396B1E2BE1668C70656AB27B81<br>File Hash:<br>0407B3F5FC574A60455A32ABB28B169AC357E460C967631BCBDBD0E6742951C6 | 10-15-2023<br>15:06:01 | Blacked | 10-14-2023 | 11-13-2023 | PA0002439573 |
| 25 | Info Hash: 8D9D63325E915BAE9200A5E35623493124F26AA5<br>File Hash:<br>225ED54035AA9FB10EB1A5C5DE2065D1FDFA63EF84204384546A97A4D1C4455C | 10-12-2023<br>09:10:27 | Vixen | 09-15-2023 | 10-18-2023 | PA0002435602 |
| 26 | Info Hash: AD3BB0F2FEF82D1C9850EE82CEE25D26B2BEB4B2<br>File Hash:<br>8DFA2B3D63BD1EDA6ECB9008854EE36CB17382CD22E52626D21CE00D2CAE76A1 | 10-12-2023<br>08:30:14 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 27 | Info Hash: 40AE10D80C40484668A2DD9C48A4E73BCA0751F0<br>File Hash:<br>FF022DE4E96C6BA4005E6852A095465325ADC8EE12335BC9FA7EEAA3AFB9BA0F | 10-12-2023<br>00:33:38 | TushyRaw | 10-11-2023 | 11-14-2023 | PA0002439659 |
| 28 | Info Hash: 5BE7C45A2C87829A0C80BC117E40A8541B60A3F4<br>File Hash:<br>4A11EFAD1FAD18263286DB45806A4D3BEAB3399ACB29D1B753CE40E1B7216C40 | 10-09-2023<br>19:17:31 | Blacked | 10-07-2023 | 10-18-2023 | PA0002435291 |
| 29 | Info Hash: D76DB1B1BA35E0E84328956E3339D255F8EBB0EA<br>File Hash:<br>F07CB4EA65B360347C9AAE536DBE82F9A160913FA9F7D88BCBE7A6BAE2D8F4A2 | 10-09-2023<br>19:08:07 | Blacked Raw | 10-09-2023 | 10-18-2023 | PA0002435308 |
| 30 | Info Hash: E8131604A6BF155047B11078AE13229B35757F5B<br>File Hash:<br>ABD73C642FF1470750A47F953CC22F6C65DC372B557AD3325FC627BC0AF48DCF | 10-09-2023<br>12:15:19 | Tushy | 10-08-2023 | 10-18-2023 | PA0002435597 |
| 31 | Info Hash: 08A59D21594B1455F8E512104FB2FE4D8CA45421<br>File Hash:<br>98811A094A0AF84889BC46457A025B48C8068951584E47D4C464F6C8C078C7D8 | 10-06-2023<br>08:33:24 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |
| 32 | Info Hash: 6EDC67B1A02CB81BAE3512D218A1AC79A01FB7BB<br>File Hash:<br>C3DD831A27A360C37C7C38D8B3241F5E6C84AE3E0176C61B64ED1112B9CDAB56 | 10-06-2023<br>01:59:09 | Tushy | 05-26-2018 | 07-14-2018 | PA0002128078 |
| 33 | Info Hash: B35A158C3C28F5DBBC843CF68DC0A95F2B2552E8<br>File Hash:<br>2903EAF75AAF09BAF20572946F1ADDB8267AB94DDA82D1DC4D43AFAF307FCBF1 | 10-06-2023<br>01:47:19 | Tushy | 11-02-2018 | 12-10-2018 | PA0002145834 |
| 34 | Info Hash: 2F475A9A500EA37DA13ECE5110722D4BD6426F8D<br>File Hash:<br>5D79478F8A20CB973983BC94E724DB1DC6F996007062031BB968FA820DF28722 | 10-04-2023<br>21:52:50 | TushyRaw | 10-04-2023 | 10-18-2023 | PA0002435604 |
| 35 | Info Hash: 817B89E36A4A322A32B691C384916715B6F6E398<br>File Hash:<br>117333B55978ABBC36C886F4CE2BBB6043E5FD2BAA6E8D17643E996D88529F92 | 09-29-2023<br>21:43:52 | Vixen | 09-29-2023 | 10-18-2023 | PA0002435610 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: ADBA687124354AF325EA4BF0F20A83E6CAB9ED30<br>File Hash:<br>884BE8C0FAA0FB35864C95E594C84D1DC893171EC1533E02AB8D06128A7BA557 | 09-27-2023<br>09:34:47 | Tushy | 09-24-2023 | 10-18-2023 | PA0002435287 |
| 37 | Info Hash: 53D8A8943FDDC6346BA6B484909BD306376B2DF8<br>File Hash:<br>83076AD3E5ECF8A50E0BF88D999B722CA4A28F1F202C28F0C2C6425C28C2F8DB | 09-26-2023<br>22:49:15 | Blacked | 09-23-2023 | 10-17-2023 | PA0002435265 |
| 38 | Info Hash: 566FBE17A9B29D11B986759B7C4EE39484DD60FE<br>File Hash:<br>495A74496AC24710DB86165DA21DBE87FF541A4EC80A392FECBD8371CD3742D8 | 09-19-2023<br>21:58:46 | Blacked | 09-16-2023 | 10-18-2023 | PA0002435289 |
| 39 | Info Hash: 7E588401D8CAE523BF30B0A3B687B63372D63427<br>File Hash:<br>9D90013370362C89E6B63144E08D9E61833A2DFB86D2A3A67140B2FDD7ADD4A5 | 09-18-2023<br>22:39:20 | Blacked Raw | 09-18-2023 | 10-18-2023 | PA0002435281 |
| 40 | Info Hash: 5E742A80BABD49EFBB056329F42EB0ACF1CC5DEE<br>File Hash:<br>41F6F3EA7249E573094D670B880EFF4111C0B372F73C9A54A1CE76375A66B588 | 09-14-2023<br>21:39:44 | Tushy | 09-10-2023 | 09-17-2023 | PA0002430910 |
| 41 | Info Hash: 303F2FF03EAC2964602FCBCBD218CB1F72D50377<br>File Hash:<br>5E10565AA2ABE0841501E5CDB7811333D11CE6E16CFA1D707B25D7AC1CF61E90 | 09-13-2023<br>22:59:17 | TushyRaw | 09-13-2023 | 10-18-2023 | PA0002435599 |
| 42 | Info Hash: 3FBB1ED8500DB744D605D90E5BA0A96AAF85C288<br>File Hash:<br>D366136363996D0E8475DE9AB3E255D484E06B0ADD387F2E6AF2E811F2B372E4 | 09-12-2023<br>10:36:51 | Blacked Raw | 09-11-2023 | 09-17-2023 | PA0002430897 |
| 43 | Info Hash: 193823A4210B44AD9D75FD0D5F3F5285482C777D<br>File Hash:<br>98B896395C0E9C551D7C87D962F0983BC40A0DD4FAFC2847A506AD9E01A43DAD | 08-28-2023<br>23:38:00 | Tushy | 08-27-2023 | 09-18-2023 | PA0002430911 |
| 44 | Info Hash: 112D7954635B2691A7A6D0035FA571FCC30E2103<br>File Hash:<br>C85F7D0593EE94E1F552245A26F013FFA0466DA90A38E62471FD21CDF8C5B9F5 | 08-26-2023<br>09:22:14 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 45 | Info Hash: FDB599CE6B9461CB3F16E1492A8C907118022971<br>File Hash:<br>73AD4C2BD4F3C10121FF49322C8F7C3B2D1FDEC1E73F2063366A0BA8D61F4976 | 08-23-2023<br>21:42:31 | TushyRaw | 08-23-2023 | 09-18-2023 | PA0002431079 |
| 46 | Info Hash: 8E4C3CCBC90AAA69A9AAD87AFEF059EDFBC21A09<br>File Hash:<br>B9AA18A408966F8132F9CE4CA40FFCA25B84A537101C6644BAC5EB65CE08703C | 08-21-2023<br>21:09:27 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 47 | Info Hash: 1ABB2D36C859BAAC3390AB84836BB7C8E87969E9<br>File Hash:<br>A272225A44A698204AAD2ECDBBB56F23354108D2779C75DD0A2D22C0F1EF0AE3 | 08-16-2023<br>21:20:18 | TushyRaw | 08-16-2023 | 09-18-2023 | PA0002431113 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: A9268293D9108412EBAFCE6C64F3F7E21CBA25CC<br>File Hash: F1A9F57B1803CDA3AA5E62884A3A47BF11CC259AD207326500D9B2EA8C5D637D | 08-13-2023 18:56:22 | Tushy | 08-13-2023 | 10-18-2023 | PA0002435313 |
| 49 | Info Hash: 842EC0893D984EB43879827B48441B41DC2BCA31<br>File Hash: 4B9401A5310AE4BD271F722EEEC1BB192E7DAEC6162660F1239B355C23667AEB | 08-13-2023 18:22:36 | Tushy | 10-30-2022 | 01-06-2023 | PA0002394017 |
| 50 | Info Hash: CED6915F8148995B928B3DE2B3D06C610BAC14BF<br>File Hash: 9D28790172A945ED104E8BC32B4216C4E9D20423C026DF205B1346BB77A1A676 | 08-10-2023 09:51:10 | Tushy | 09-03-2018 | 11-01-2018 | PA0002143436 |
| 51 | Info Hash: 32D68D1A61D345215EB005CECBA7B9C62AA8C601<br>File Hash: 0B80CE53070F9FDA7CAE2C6AF7AA64D3BCF821CDE7CFDA00F024F1EC906E20E1 | 08-09-2023 23:50:59 | Tushy | 09-13-2017 | 10-10-2017 | PA0002086153 |
| 52 | Info Hash: A0ED5364592A92C8C9F1D95159AEE9EB2C24F4D9<br>File Hash: EE26753F42B174D6B938813C27CE04B2CB5B02906D628F96EF61A67513924990 | 08-09-2023 21:39:40 | Tushy | 08-06-2023 | 08-17-2023 | PA0002425539 |
| 53 | Info Hash: 559649D3FCCDD9FA02624F17D4254AFE9C1F4E48<br>File Hash: 00695B03BCF63F0444508102E3A94458CBBD3A6C9FD82065193527CE4FCAF480 | 08-08-2023 10:30:33 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |
| 54 | Info Hash: D33940AA63203CAD9A0D7A5EB713080A61F90153<br>File Hash: CD7F574630E7733DEB9963B5C25FF5DB7AB7EE8FE6F5821F098412CE54AA265E | 08-08-2023 10:30:14 | Blacked Raw | 06-01-2019 | 07-17-2019 | PA0002188304 |
| 55 | Info Hash: 6DAFDEBE4B41AC067C58E75569AFC2A41BCE9A79<br>File Hash: 15A6D7A1FF12C02B89B5E1BA9C4C00C8E21E9772F14034BE010092A4AC049DBB | 08-08-2023 10:29:25 | Blacked Raw | 10-29-2018 | 12-10-2018 | PA0002145837 |
| 56 | Info Hash: 0DD594D8204E8ED5E35E51D77585B14FE268EF17<br>File Hash: E735508991285CDF27606C5C85CEFE790663501C0BEBB5C1019610F47320E5EB | 08-08-2023 10:28:41 | Blacked Raw | 11-08-2018 | 12-10-2018 | PA0002145833 |
| 57 | Info Hash: 616A2C2AD92FA54E1DC0CB4DC87FFCD987D90903<br>File Hash: 9A668AF05C9F6CC9BDC66A267FACC7B1C21BB34AD43B21B5FABA0E5E2674A950 | 08-08-2023 10:22:10 | Blacked Raw | 05-17-2018 | 06-19-2018 | PA0002126644 |
| 58 | Info Hash: B8809B51F617C834C0A44085BC832ED414A8730A<br>File Hash: 9894A0653598109AEE318224EB2D6EEA5EA63239D1A4C1BC6ED4C59C721E0289 | 08-08-2023 10:21:47 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 59 | Info Hash: 4D1BADC5AEE455A0C22AB6EDAC7B0D7A82913C3A<br>File Hash: 90665BDC5E112CFFD901B81F2E0EDF94F75C2331AA07009FF1C14EAC75A33CA8 | 08-08-2023 10:19:00 | Blacked Raw | 11-28-2018 | 01-22-2019 | PA0002149836 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 41125D710FD8B011114B4930DE571B0552575E85<br>File Hash: EC69899B9F1DE886EB34AB102A187E879AE2A7ED35DD851D2725996DA295F863 | 08-08-2023 10:16:02 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 61 | Info Hash: 560B5229D7C9B80FC48819F692CC1B02F5B3BD4B<br>File Hash: A2C1F19525F0B9A7D4CBA391ACEB521198049FBE3AAE62D23D492959E0F6A339 | 08-08-2023 10:11:09 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 62 | Info Hash: 1D58CB800F726064B8674D09FB2D6F2DD32A9DFE<br>File Hash: 2763FBF0FF37896D1544AFF135ED542509D202D76C6C02635481C9FE8F81FB98 | 08-08-2023 10:07:19 | Blacked Raw | 02-17-2020 | 04-17-2020 | PA0002246110 |
| 63 | Info Hash: 42AD7782B831F79FB81A5A7C1198E6F706917095<br>File Hash: 9257DB940B0539229C048F1BF213BB5C1D1DE3C4DA670D493F3E92D67FEA8BFA | 08-08-2023 10:07:12 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 64 | Info Hash: B99A96D65D20135D9066BFD49F6AFDF6C3C67268<br>File Hash: BDA77A438F72BAF940AFE0F9A34CA65C621F2E3841B63DB7BA79FF1E588DE456 | 08-08-2023 10:06:06 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 65 | Info Hash: 68C694CE6DAC13B5C5769C4A2BCBADF3D07EA1C7<br>File Hash: 77771352F1CA7B03FEEDBE0975CCF51227F104F3F815EA9B1EAE65AE15597F1F | 08-08-2023 09:55:19 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |
| 66 | Info Hash: A1FF97D19F674D5BE75B2CAE8A776303F16205B1<br>File Hash: 370B44E361B66D484D6BAA220A6B15F286820C4D3E84C6F105029BD062A4A24A | 08-08-2023 09:52:52 | Blacked Raw | 02-26-2018 | 03-02-2018 | PA0002104869 |
| 67 | Info Hash: 1AB8F39E957EB7A4994B8CC78B9164FF34E6A11B<br>File Hash: 1312F023D7BE5274703999C29C7AA4D1C69165EDB046B620AEBE67826FF8FDE0 | 08-08-2023 09:47:32 | Blacked Raw | 02-01-2019 | 03-24-2019 | PA0002183205 |
| 68 | Info Hash: 4B5D29D940FCC1CEE2B34CA863A3A7FEDF56AF8F<br>File Hash: 50265D973346CDF547C7967A759FC601F78D151F997F6E04AB2C9743619917C6 | 08-08-2023 09:41:43 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 69 | Info Hash: B5E59F7BC5975DE9EDAD54D828DF30516B8EBDCD<br>File Hash: 0A0120D822386278C4994FEF29E81F401F20B41D1694C6F9D3C378ED240AB758 | 08-08-2023 09:41:31 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 70 | Info Hash: B8FF1A9D35EF877B36A7E721F4AE8E4DA03518E4<br>File Hash: 9FA65B40A8DA6687BD99182A3D34F91CB88A2C954A6DA81102A8FEBD267127B3 | 08-08-2023 09:41:30 | Blacked Raw | 07-06-2018 | 07-26-2018 | PA0002112158 |
| 71 | Info Hash: 747EA54F37014CA7397BF9C1FCB72E3AB6879287<br>File Hash: 05070BC716D52C2918FEEA6A7D5F1B9FA759769CDC0DB462587DD1BDAB3A69D3 | 08-08-2023 09:38:00 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: E19424F2617CD5D4BE03F25C075802452DE2E368<br>File Hash: 68CCB08F886236282D42539BAED9CFDA3460FF6E78102AE3C1FFE7C96FFEF844 | 08-08-2023 09:35:26 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 73 | Info Hash: 6F4C5ED9C4E3AA7BECA9C528BF04AAAE3CB3C1C7<br>File Hash: E45AF72EFE27FC3883DB9BA787DDDF46D0DFA6F996668556F83B4705A2C88F37 | 08-08-2023 09:33:30 | Blacked Raw | 09-04-2019 | 09-13-2019 | PA0002200700 |
| 74 | Info Hash: 4E972464BC9BF0A5D42DC79EFEA47EC204D14485<br>File Hash: 30EB7F75C5CFF51EF2E17F443EE8603A58E741CA113F7B1F035473F19305ECE7 | 08-08-2023 09:32:40 | Blacked Raw | 12-18-2017 | 01-23-2018 | PA0002101753 |
| 75 | Info Hash: 833D1551FAEFF65508CB99BE35F34555E15E03A4<br>File Hash: 104EFC755D54D4C1256406A7E27EC12D26D6A1FF410CAA48AC25AC07E95873E7 | 08-08-2023 09:29:59 | Blacked Raw | 01-12-2018 | 01-23-2018 | PA0002101755 |
| 76 | Info Hash: E68233A2AB58BFEEA8016E46DE51F8F67F029B97<br>File Hash: 56D386835A706F52F974276FEE0E0836E1ECBE528E8489FA3C48F71BE2F1A84B | 08-08-2023 09:20:32 | Blacked Raw | 06-16-2018 | 07-14-2018 | PA0002128317 |
| 77 | Info Hash: 0A134442563166C85C7B0C52966F50AB7B88840A<br>File Hash: FFA23819F358BE844085CCE38F30190107A228672C1A8DDC1154A00063022E12 | 08-07-2023 10:29:10 | Tushy | 10-03-2017 | 10-10-2017 | PA0002086147 |
| 78 | Info Hash: F3C44EC33AD1EBE13E7B11E1712CF83C87158333<br>File Hash: E655E138518178C612E58284BAC118C9EC226FF8810A409054E94E861B2CE675 | 08-07-2023 10:27:40 | Tushy | 09-18-2019 | 10-01-2019 | PA0002217340 |
| 79 | Info Hash: 49E427A2A1CEA56F03D5441E7878C7E648AA4101<br>File Hash: D672F614C0A47F450E5CECA77DEAC837B59ABF9394A8A287A6E8D972D66D6870 | 08-07-2023 10:25:38 | Tushy | 01-26-2018 | 02-20-2018 | PA0002104196 |
| 80 | Info Hash: 4A89DA983B77757B960FAA3668F75B709D2983C0<br>File Hash: 3FAECFEB2B094360ACC438E727EC6C65BEC745588E74BBF9E4CC141945D11657 | 08-07-2023 10:17:08 | Tushy | 08-14-2019 | 09-17-2019 | PA0002216214 |
| 81 | Info Hash: CE7A7F0C86735289A9C3E6ABA4932C5F9385FC87<br>File Hash: C742AC797D94028A0954E886980A2274B1F7835E93A150B64D1209B28C7418B1 | 08-07-2023 10:16:14 | Tushy | 04-16-2017 | 06-15-2017 | PA0002037570 |
| 82 | Info Hash: C66EAC3B91533781ECB9A32C700F5C7932C3F415<br>File Hash: EF96AB8149AACD9686D8DA582BA9A1F62B8515E3303F45EB7AB484EAFBBEF50E | 08-07-2023 10:09:55 | Tushy | 03-12-2019 | 04-29-2019 | PA0002169947 |
| 83 | Info Hash: 6110F7F5E234AEC2AA117B60EFCCF766B11C5424<br>File Hash: C2CDBC007E626810023CD9946D02AF52A0E75E1AE10273E18E444D12203C05AB | 08-07-2023 10:09:43 | Tushy | 04-06-2019 | 04-29-2019 | PA0002169945 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 8521CD9BD105F68FCD8571BC8E72DA2C4D61364D<br>File Hash:<br>7A5F3777E6079493D733ADE43E07E286ADFB11CADE68478FE0FA7C84D9192FA2 | 08-07-2023<br>10:09:24 | Tushy | 08-24-2017 | 09-15-2017 | PA0002052837 |
| 85 | Info Hash: C35A0D4D2D4284AE3ED53F69296EDD61B2D1FFED<br>File Hash:<br>954D11DB20564EC3BAE9F43E9B1D50F424CAAC02B50CA3C5F7C7797FB4AF05F4 | 08-07-2023<br>09:58:28 | Tushy | 11-27-2019 | 01-03-2020 | PA0002233434 |
| 86 | Info Hash: AA2F4733117B0FFAE0CB09E89EB64CFA20E10C07<br>File Hash:<br>08074EB7033CBE6AB71FDCB48DEBD73D84EBD1C892BD1CE1ADC40F1A22423938 | 08-07-2023<br>09:58:18 | Tushy | 12-27-2019 | 01-22-2020 | PA0002234861 |
| 87 | Info Hash: 9BE4F5B3936E728F0BDDD43ADE754C270EFB1DD1<br>File Hash:<br>0DF092E341F3E1E1292DB1D0B8179745CAEF55E2C6AF3DCA7432EF33E617A291 | 08-07-2023<br>09:53:09 | Tushy | 05-01-2019 | 07-05-2019 | PA0002206375 |
| 88 | Info Hash: 3E5F92017389068BC4985F2834DA094B0639B8BF<br>File Hash:<br>F67FD57C7C6BB46A6FF80F3B2951B0D69866F377702B7E0DCF13C96A2366AF8B | 08-07-2023<br>09:49:41 | Tushy | 12-12-2018 | 01-22-2019 | PA0002147902 |
| 89 | Info Hash: C567D2771CF77D3CAD11DC8EEE621CE4BB903411<br>File Hash:<br>684E7BDD43C3EE01A580F39FCB9793ACCF7928BCD7498877A19F4693FD679658 | 08-07-2023<br>09:49:22 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 90 | Info Hash: FAFC12ABE75459B051D86E0F77CD7741070335AC<br>File Hash:<br>6D9D0FC433E9DEE79F18752D3FBFEB673E525E55DBBD1B90E0564962971FCE65 | 08-07-2023<br>09:48:44 | Tushy | 11-21-2018 | 01-22-2019 | PA0002149838 |
| 91 | Info Hash: 3FA426FC1BD6F2FD646CAC0ED5F5BB21D438824A<br>File Hash:<br>7F97C3E7B9FAE81D1545B6EF06650D71D06ECC0F7E453B98BFC0B5F6BEE1423C | 08-07-2023<br>09:48:43 | Tushy | 10-28-2019 | 11-05-2019 | PA0002227106 |
| 92 | Info Hash: 35130E1F82E004A97FF9B45E20D95799E1C58E38<br>File Hash:<br>BEB29B0CD44D1CC6A8D4AEF0E051C507D4356B42D5751DD8A6AD2C7C2293203C | 08-07-2023<br>09:41:22 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 93 | Info Hash: 2295922B41F487782F4F18CF30936B3CE40164FE<br>File Hash:<br>A7134C74C1241CE088BEE370E0F1DD7F4BEF61AC7554C7683D1FD8B2A1BB4DAA | 08-07-2023<br>09:37:54 | Blacked | 02-04-2018 | 03-01-2018 | PA0002079189 |
| 94 | Info Hash: 4D49121B751D7BC3998EFD1A182F69C5395FD2DB<br>File Hash:<br>FE56447E3FE8D50FB82210C12BB2FEE5D8CDE43D871608AD69551C732263AC12 | 08-07-2023<br>09:34:23 | Blacked | 01-05-2019 | 01-22-2019 | PA0002147685 |
| 95 | Info Hash: 70C4ED4B668E0D06AEE1F3219FEEA3082385298E<br>File Hash:<br>A8D5A96F8034787A3B993BA47BBE94C6D0286AEC2A4F80A8617604843CF4F4E5 | 08-07-2023<br>09:29:17 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: D11CF62E84BB13DC80B72D69D3D37D03581D797E<br>File Hash: AA37D560202B3E496037A06D9D0D959C150D73086BFB302FF83F412358AC3807 | 08-07-2023 09:28:03 | Blacked | 11-26-2017 | 01-04-2018 | PA0002069346 |
| 97 | Info Hash: B052F2909026225DD243F6A93BC2425D50C0A843<br>File Hash: 7E5CFEAAF4FBEA9BC1D7BE81058238BA9B561CBE600607BC51F1DAC0084315A5 | 08-07-2023 09:27:46 | Blacked | 01-25-2018 | 03-02-2018 | PA0002104748 |
| 98 | Info Hash: 04D4D62F5072921444829B7278395B201C1FAAF1<br>File Hash: 64B1BEF0CD65E29120ACF346A41C46458798D80CD7C69F83DD0AC65DFA555D95 | 08-07-2023 09:27:25 | Blacked | 08-08-2018 | 09-01-2018 | PA0002119598 |
| 99 | Info Hash: A91225CFEDF4AC058B41F55F7D0247EC2F5F0D48<br>File Hash: C57836D07C89AA637699ABC735C5CE6439F93EB88642BB7F05396DF197F9EB6E | 08-07-2023 09:24:59 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 100 | Info Hash: 49AABE0432CD420DA0EEBA66489C83C87BBE0495<br>File Hash: 2A2B9C70DD571C2CC7D6FBC26954793B3AE2FF56971AC09CA52D34CE41854613 | 08-07-2023 09:22:47 | Blacked | 04-30-2019 | 06-03-2019 | PA0002178774 |
| 101 | Info Hash: 4450253EC4E5A64316C6CC2DF8C06C5DE4C4F4E0<br>File Hash: 8CB033A285811CCFF1770936366130E7592B9B61ACB311A662BC13B61BD9E010 | 08-05-2023 08:20:03 | TushyRaw | 08-02-2023 | 08-17-2023 | PA0002425540 |
| 102 | Info Hash: 742F07FC7A6172E836364513F475E6E00197B653<br>File Hash: F7D71789DE0506F46F23C9694B2DDEB735D0C0C34F5A7C237D000C2AC400F5A9 | 08-04-2023 21:28:41 | Vixen | 08-04-2023 | 08-17-2023 | PA0002425763 |
| 103 | Info Hash: AB66C8262304F246821D9B0746AF9A50C89EB7C1<br>File Hash: 3CF623C5B57BCB7F9FE589EC90AB235B1FCD547CB7074ABB879FA25AE9FBC5E0 | 08-03-2023 21:23:28 | Tushy | 03-27-2017 | 06-05-2017 | PA0002050767 |
| 104 | Info Hash: 3DA9E0646D73ABAEA11E1EB908EAE9ED2C3DA9D7<br>File Hash: 635477BF0794B45D4B5A46867BFC83ED5F60EC726696DD904FFA053E565A049A | 08-02-2023 07:58:34 | Tushy | 07-30-2023 | 08-17-2023 | PA0002425542 |
| 105 | Info Hash: F2CDA3E7EFFB94323CA4B5F4134D3F8E872216B7<br>File Hash: 967682FD283AB7D0140EE1FEF41F39A54F0AD87BFA60AC6B4E98C72173C5213E | 07-31-2023 21:06:42 | Blacked Raw | 07-31-2023 | 08-17-2023 | PA0002425528 |
| 106 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash: B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 07-29-2023 08:26:15 | Vixen | 07-28-2023 | 08-17-2023 | PA0002425768 |
| 107 | Info Hash: 7CFD317743E3A1E2C24223EB2171FEBEAD05F16E<br>File Hash: 2C05F4C54AFCBCD97030D9F2819D1D21AEA172DACD0B74678A8FC181D2FEB6DD | 07-28-2023 08:05:35 | Tushy | 07-23-2023 | 08-17-2023 | PA0002425533 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: D3631BDD2DB4C9CF6E7AB7B6D928E00086AE9442<br>File Hash: B8408A57D0A698E8EC0B5CC95DB11A7C2F5D81EEA3DA948B8767BA5A9F578050 | 07-26-2023 21:42:11 | TushyRaw | 07-26-2023 | 08-17-2023 | PA0002425530 |
| 109 | Info Hash: 8198FCFF43A2010C34FA503D6AB16D75E3087638<br>File Hash: 30B331DFDB94E10F79ADF0EB56CF4367E676510A5E0A42B3AF5D2087B6985C71 | 07-19-2023 21:38:11 | TushyRaw | 07-19-2023 | 08-17-2023 | PA0002425534 |
| 110 | Info Hash: A12DE6CEF015A920ABFC483C566D5E31A9403027<br>File Hash: BA9D7AAB8A603334B17E0149C2E5AAA5E7F1FF56C61604268034BAFF0C7D8056 | 07-16-2023 20:59:57 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 111 | Info Hash: D58995D81DABFA5FD53316CB7F627D1CAAC53B45<br>File Hash: 36808B3DA236FB811E19D51212908FE3C2842B31D132AF4567675DBED80103C0 | 07-16-2023 20:58:49 | TushyRaw | 06-28-2023 | 08-22-2023 | PA0002431059 |
| 112 | Info Hash: 9C41308E5DB8820F5E530560B7CAFDD192FCF9F3<br>File Hash: 0345A9BDA3924921AD96202D3BD46DD5A9058144D9BC5D31B9C2DE681DE0551C | 07-13-2023 08:40:06 | TushyRaw | 07-12-2023 | 08-17-2023 | PA0002425538 |
| 113 | Info Hash: F3DD0E74B9941E8F0FED8FA6E5A681289048C837<br>File Hash: C5AD052A92478944561205C7481922247157221159B334ABE784AFBEAEA5A563 | 07-11-2023 02:33:22 | Blacked Raw | 07-10-2023 | 07-13-2023 | PA0002420345 |
| 114 | Info Hash: 65ABAA901331EBD2E023EE9CA05A7406D5633D4B<br>File Hash: 660DD4C4C57C1AD39AECD65394D62EB6B17AF88CCFF90AD642A390DC5B20C7C2 | 07-10-2023 09:08:24 | Tushy | 07-09-2023 | 07-13-2023 | PA0002420353 |
| 115 | Info Hash: EB3AFA7446AD5C76F0AF4DF2E90D6995B8F61225<br>File Hash: 3C17AF5A700F5A8026B68927F3CB12BDB395B560FA4FDE2BFB88A8567E9F73D0 | 07-09-2023 10:50:58 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 116 | Info Hash: 9501E91F61C401FBAAD633A95DEB379C1A0DFCC4<br>File Hash: 742D96984523D68AEF4C8A821BB7F901BD810CFBEE4026C03976FFAE7252C450 | 07-08-2023 14:39:43 | Vixen | 07-07-2023 | 07-13-2023 | PA0002420346 |
| 117 | Info Hash: 259C3061A4BD639AFA7A99248B6BA5DD05E1630A<br>File Hash: 1174E1DB87AB8452D1CA23A43632AA660688173E7A38C85A9BE736F8B13EEB48 | 07-06-2023 08:37:39 | TushyRaw | 07-05-2023 | 07-13-2023 | PA0002420347 |
| 118 | Info Hash: 7B01E55E744222E775A50565A7336410CEDCACCB<br>File Hash: 0F2943AF875C2350496756FE531416BF989EAC16FFDACE1E9074F570DBB1A5AA | 06-28-2023 23:29:52 | Blacked Raw | 06-23-2023 | 07-13-2023 | PA0002420356 |
| 119 | Info Hash: 324EC61E71465F4386CB6D0BEB19E8C18D533ABD<br>File Hash: 868D6D210F82788A4E0BC13A7CB5AE0D7C95BA237597E577C619A04A6DF583F0 | 06-26-2023 05:43:55 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: F3C116A08858187FFC16F74309929EBA47701B9F<br>File Hash: 6BAE52A8227829C345B57D2879FBECD0114ACE56C48255D3F35618A8557865E7 | 06-21-2023 08:26:22 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |
| 121 | Info Hash: 0F1B0D05E69005F0B20845F4CB65F76D7ECD7C58<br>File Hash: 538A84D53BBF4F55EDA21D8631F2B30B74FEED078C0BCD1FEF5120DDCE5E94E3 | 06-17-2023 08:50:44 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 122 | Info Hash: 2349F46A5C79F1DFFE3F31B20288D10D127E5527<br>File Hash: 3816C41A872B8179E4AC9A4F3D41D8860FC0C9C27239BE8A2034F37B9C2D632D | 06-15-2023 08:06:50 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 123 | Info Hash: F4AC48F2AA7C9B1DDA4EF5D9CEE723FFF0F84978<br>File Hash: BE071D61B1F849D383B870B1001D8D0D53DE2B38F511C9145E7E1CEADFA986A7 | 06-12-2023 08:32:21 | Tushy | 06-11-2023 | 07-13-2023 | PA0002420360 |
| 124 | Info Hash: A81155D7C16806E32CE51793BDCBB9D86F99F90B<br>File Hash: 9790F4BC93FD7398511406D28281B70D6921D21AC04C64B1647701F8C8BA4017 | 06-09-2023 05:46:19 | Blacked Raw | 06-08-2023 | 07-13-2023 | PA0002420361 |
| 125 | Info Hash: 525F00BF352CF573380E663132EC445531629A22<br>File Hash: E6A528611A60759275E1C6F267DA12485A53A76DEFBBFF1EDF1A9639B7543787 | 06-09-2023 05:40:26 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 126 | Info Hash: AB52389963FD8BB2ADB824BE85F2F24022893EC6<br>File Hash: EE362BA0EAD80CAED3869719805342ED9BBC2AE9838B8019DD83A30E551D1DB2 | 06-05-2023 08:17:46 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 127 | Info Hash: 4CCE0D1EDA4BDC7BB9690D8DA90EC8DBC3589518<br>File Hash: FDC0C8F104F36A6A322986C9C880237B0F68CD16B21CD96483A6A1275D7CACE8 | 06-03-2023 14:43:28 | Vixen | 06-02-2023 | 06-09-2023 | PA0002415362 |
| 128 | Info Hash: EAECDAC066958DD31C1B553FB62FE7FB425615EA<br>File Hash: 2BE40AEA7CB2DEA8531E6D67F1593B5885360FAF1CE6398C7D834E0D3E467DFA | 06-03-2023 09:47:41 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |
| 129 | Info Hash: FB957BE898DADD1186C0FBB70DB37E77ECE5DB1A<br>File Hash: CCAEE38FA77AF2583E0D24BB6FDDE76B89ED6A93A5DE0DA59C65887835A13ED7 | 05-29-2023 09:26:11 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 130 | Info Hash: 4462F15ECCAE3038C0E004C2DB3C7942CBA68F27<br>File Hash: AA7966D1EC58A23D2922019D9593ADAD91E50106211EB64A264A882FA4900E4B | 05-28-2023 04:30:34 | Vixen | 01-14-2022 | 03-04-2022 | PA0002345789 |
| 131 | Info Hash: 6F3397231908A8884A36C7B01CE11F00156F2671<br>File Hash: 7C269D83619185D2097A2B43DA6FFDC3DACD88417493F739CF230217CCCAB5A2 | 05-26-2023 08:49:50 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 53E967930273509D1000E27F6102C0746D9545E9<br>File Hash: 64DE37C617395AF214E3F1169E4E8D861DBF6A096CCEA9DCB002037D945EA53D | 05-23-2023 08:14:21 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 133 | Info Hash: FEAF5BDAA2944D610E89DE674306200D190975F7<br>File Hash: 85250D722F4C82ECD4C8B5B6D2C3E26BD55F659D43D1199424185AEBD36CC847 | 05-20-2023 06:39:37 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 134 | Info Hash: 689714F8DC47B1691B8936738C41927C15E920A7<br>File Hash: 41027732D6E158F29A0F485265AE99F475F214F4748B2951D584FDD0CA7BFFD1 | 05-18-2023 22:11:26 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 135 | Info Hash: DC575011A4AFD9FCC39D522A688EE3466E816210<br>File Hash: 5B15988C93733BE6A22BCE6D3B972E0522D2489822724549A0D383A1D4747792 | 05-18-2023 22:11:01 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |
| 136 | Info Hash: 893932E9AF5006B530FA71C8A4646E3CDC474CAA<br>File Hash: DC371AAF346BA03418D1621ACF8B5994B51984574BD22B2113CF6D23AFD7D79E | 05-16-2023 22:55:41 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 137 | Info Hash: D440379C6C7E543015741EEFBB8F44BF694EE1D4<br>File Hash: 01517CCEABABC607027F610CFE2E7D9F1EC4F6171F1FA0588A9FD6BACA8B3956 | 05-16-2023 00:14:07 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 138 | Info Hash: 0B05047B8CA77528868AA729681AB82D1BF7FA17<br>File Hash: 01AF5163B28ABF5F674B727F34ACCCF118766BD492A465B96119E02F9D90CE3B | 05-10-2023 09:18:23 | Tushy | 05-07-2023 | 05-14-2023 | PA0002411294 |
| 139 | Info Hash: 1093C8247752EBFE1ECA68BD32CE7D2733601137<br>File Hash: 82F1288089C268400FA4A72DF754200177E19829C0328CB1F163C842B6537B3E | 05-09-2023 21:31:17 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 140 | Info Hash: 318D74504949E1B3024EA3FEA85B2B8E67AAC944<br>File Hash: A497ED83C7A145CEFD3CA0C79FEC48253779DC5916EE08779F7A02F5A143EEF9 | 04-24-2023 06:46:43 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |
| 141 | Info Hash: 309694908CC3A893643658B5EFDFA14392D55538<br>File Hash: C3BD08977466811FAC5A111AA8EB16A0FC86124713260ABDFB471ACDFDAA30B7 | 04-22-2023 12:27:27 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 142 | Info Hash: 65C96C9B29CA86AFDC7700127473D74E2231ED47<br>File Hash: 789D388B32450DD7765516215B4AE6E80EADDD364F306CD24092B293E915B7C6 | 04-22-2023 06:22:22 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 143 | Info Hash: 6BEF993248BC531C6DA8F1F51278CB8C79C26F96<br>File Hash: B02C5D7A32980E65E7A94C4131AE0DF5D5F87885D7AF2671F8E12439C8FFC946 | 04-20-2023 21:17:01 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: CB8114253C6E3EC4A03F14D28052ED035F72B0CE<br>File Hash: 50AE995B762C1A2AC9FDC04D48B70A2CE3545D5B1C7E68C4892185EE4BCBF6EF | 04-19-2023 08:29:36 | Slayed | 10-25-2022 | 11-24-2022 | PA0002389329 |
| 145 | Info Hash: CF908D8BA58ED5AD647C500172BF9D2D523E429E<br>File Hash: AF9F1602B97C23C054D8C37312CA084505123BE0169F4F4FCEE360018B62DD24 | 04-16-2023 10:16:17 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 146 | Info Hash: 16346000E4A519F8B6AA8CE045A0A74111BE686D<br>File Hash: 58654F708C86813D8A64B0D667485412E1BC4332CF2E3704C0E1FD2C71AA8A3D | 04-12-2023 09:07:41 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 147 | Info Hash: 577EB8EC50575CD5AB3A8932A5C2CC3A5FA7D164<br>File Hash: 4EBC8B97465533D79200552252E48FA7A79A0AA0AB3E0E7B0567CF4CAC5B23C5 | 04-11-2023 08:35:09 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 148 | Info Hash: F2FF5984C6669188B2BD37CF7C72FDF97A534272<br>File Hash: 0CEAE4FCE56CEE14A6B3E1E9424700F52EF91EDD808E8ECFBBCCF1C399A306D1 | 04-07-2023 20:52:51 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 149 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash: 3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 04-07-2023 20:14:08 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 150 | Info Hash: 8C83A1CC5B94635CF9ABFA1B8622ED608DF0B771<br>File Hash: 7280E61A720BB1224831AB0E112D7CF1D16BCACF312D16072A06E0C8E5C68316 | 04-05-2023 09:46:08 | Tushy | 04-02-2023 | 04-07-2023 | PA0002405755 |
| 151 | Info Hash: 59504FF1982D99519C1405CBC573C0F5DE782B63<br>File Hash: BCAB7C1C3FBDD1E13EE8ABFEEF136036F359879588E705B3425C46FFFCF641D4 | 04-04-2023 09:53:56 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 152 | Info Hash: 72AB5D111570FE8ACF0B01B57B6113F14C350BE1<br>File Hash: 7AA6FFE1965EFE96A343FB510C87FFC969DCA38EB59776332BFA1BB9674B4D82 | 03-31-2023 08:26:52 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 153 | Info Hash: 3826BEB9EB760259F3302CA66215F65B70208FB6<br>File Hash: 9847A9A6CEE0759EC7BEBF127F8AFD05597F27152EE55DEED7FA6ED1EF5F3A67 | 03-30-2023 08:53:57 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 154 | Info Hash: 7AE8134085E50AC4D2F877ADF5004A44CE65BCFE<br>File Hash: 14CE4C502F90353FF781403F7F69DB6D7B242C69A1206B88946A13BEFDB86C61 | 03-28-2023 09:39:26 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 155 | Info Hash: EB4A9DF936FDE36CD9D8E2947C44B32F735F7A76<br>File Hash: F251819BD9ED6875E59A282628E5585C935471AF568355DE9EEC390A3A8889AF | 03-26-2023 10:24:07 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 156 | Info Hash: 3573BF72004CCEC9F094489ACD66C333342B7E19<br>File Hash: 38C0674378E984C40D8A0F9B4C578F8B6884390C18F467B86D0F9EAE449B998E | 03-21-2023 23:23:51 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 157 | Info Hash: 468B16982691C5EC859E27FC7DB0CB4A23EFBFEC<br>File Hash: 6A53E0B152D167C64AFA6C98580D032B9346556BBC710AAFB5FCFED8FB47D465 | 03-21-2023 23:01:44 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 158 | Info Hash: 774C2EA090A6AFE6D8973DBFE0AE522A35D352AA<br>File Hash: C93EAC8256856177FB745EC3F9E5CD79E37C52402C37189C8BA56331DE0C3A6E | 03-21-2023 23:00:01 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 159 | Info Hash: B54230515B0908BB56E4578841B788C38E6D665F<br>File Hash: 21BC1F5CABFE4D3023895A0872A8DAF327598A0747EFC117EF4C4B4E918C98E4 | 03-21-2023 22:58:14 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 160 | Info Hash: 644EF1BBC297123508226CB622D546690BA22249<br>File Hash: 89E18C3051E0E4C52344EB58518B241F19BFC053B7D43CB37E70E9FD27FFE0E6 | 03-21-2023 22:57:28 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 161 | Info Hash: C44085C07C791D8342CD27FBFA50D418806F1A03<br>File Hash: 075069C39BEB463B4D485C11FFD06CDB81C6265A0FD0885F8DD16EAF53A68680 | 03-20-2023 21:36:32 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 162 | Info Hash: 91ABE265B87828D4AB8248B6604817DE7D61CFAA<br>File Hash: E31DA38E6F32436BFA1F9BA3470DF0B8C31CE9DA830EB70ED382024A4BC1A5ED | 03-20-2023 21:20:12 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 163 | Info Hash: 2DA795BBF532A4686782909A078AF261CCF0EC06<br>File Hash: 8AE90A8A3C28D74E3227EFDE0C692BECFB2EAFE196E9C398430B9B80307655D3 | 03-20-2023 09:41:26 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 164 | Info Hash: AE6FF119CF720A3271FB0DD93F405C53C6E55A0F<br>File Hash: EFB492DBEBF845031AF3A3EC7664516979EC39A02CE64CBA3D0F76627C43E72A | 03-17-2023 07:21:58 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 165 | Info Hash: CCC7EDD22D7238230478C0BF0D063AF60D247CC3<br>File Hash: 7DE6FC953D92A8F612FA44B230D3CEF4EF150B6206B43CA74FE5AAC6044ED5C6 | 03-15-2023 08:19:14 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 166 | Info Hash: C15FBB5938E152114DD4A8B2885DF95D3E4A2348<br>File Hash: FC0060491B5BA33DEB7BCC4A4C5AD9993F7A7D9DC48246BCAE9C239F213A79FC | 03-13-2023 08:55:03 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 167 | Info Hash: 3D36E057CBBC836D07733B8B3BBBDFD16E537006<br>File Hash: 97C3B49845BE2642408A05BF77CABD7D9B2002027CC94A36F12F043722203C22 | 03-09-2023 09:09:33 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 168 | Info Hash: A117040D9525C1C72653A916746A386DB3D37130<br>File Hash: E89AE637B3419055D9A517872D3068B1B628C4901856FC1E5A198F82A37D657C | 03-06-2023 08:49:57 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 169 | Info Hash: 635A965A467195A8AAEF515DEE6865573DF3D1ED<br>File Hash: 0CB8899F663309E0CEB6EDE37C7C0FE7634456523A43CE3EB8B95F696633C72D | 03-05-2023 12:14:49 | Slayed | 02-14-2023 | 04-13-2023 | PA0002406900 |
| 170 | Info Hash: B1D2CE1C12DD299D4C4746CA986BB4AB65FFD52D<br>File Hash: 08D68414DB8CE56E0E2B9DD81A16A3F1C07FCD452EE42EADAB5229E0F0D4391C | 03-05-2023 10:05:03 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 171 | Info Hash: 653E5CF9438D1E59055925ED8E65066F497CE690<br>File Hash: 72086407190A9E64E09ABAC714F47A893DADE3372C331D4C610695FBD8D08072 | 03-01-2023 09:26:31 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 172 | Info Hash: 7A9A2E1E2DCBB3A64583B95F042C029A715D4743<br>File Hash: FA1CA01F93BBC637BFED6161ED631234D467FDB502BF67C0BE5F618E1FCE3818 | 02-27-2023 10:00:24 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 173 | Info Hash: 5B3EEF56046E68152C027B3D595FC6C98889C0DD<br>File Hash: 343D1528287A7B1878532AD9ED95033CECF8265C8BC11C016CC55FD6CD52A67A | 02-26-2023 10:29:22 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 174 | Info Hash: F399FA3E54D67D6328C274E602EBA168782B10F8<br>File Hash: CF1A612D60A58BB7B5D90F4CF13093F924F7C91914721FF5F24345C6F6829A52 | 02-24-2023 09:54:51 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 175 | Info Hash: 9DCAA506FCD18CBC43374B59DCF295D275F78689<br>File Hash: 41CF2342AC870E5B1224E13FEBF21489DABF19588367A5E809C47AADC4FD17FE | 02-21-2023 09:23:59 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 176 | Info Hash: 9E823BE29A822EE14697A7434DBD4D2769A27C02<br>File Hash: 6685691171B23A1E56F0E2A948A679EC1FAF4B206F3C69447895FF4652F535A2 | 02-19-2023 16:48:15 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 177 | Info Hash: CBB8EFA690BAF1D17507540D286327403A2431BA<br>File Hash: 1BDD3F34007D48ADBD65B0379BD4125B1E87E95FCA65A6185CB5B0C765E4740C | 02-17-2023 11:43:04 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 178 | Info Hash: A5666F4387EA230860DCF165EE699E79CC86445C<br>File Hash: F8E19A55EC11C47B8F3144AC4F2EA1C8E8B0EE5C5CEA7BC3AA8AD264D83615FD | 02-15-2023 23:25:42 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 179 | Info Hash: 74B8BD53BF12A2073D2A04B37C8826F13B140035<br>File Hash: 265667A7A9870996F1562624DE5604DE7F0088FA131250F48F2C710990CB611F | 02-15-2023 23:24:39 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 180 | Info Hash: 161AC160C6D8D6E17FB8296A4A823741A618CF05<br>File Hash:<br>883E19A2C830A89E538FD9DC1F4DBDAEE9993E5BE4A2863D7F2251EB7327B34E | 02-15-2023 23:05:00 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 181 | Info Hash: 97E745DBCA3A5ABB0C4DF155BF57BC99DB12CAC2<br>File Hash:<br>B91659FD65466E2815B3953087174BB6E3B5BC17921F9F1EFD17A5F646774951 | 02-15-2023 23:01:34 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 182 | Info Hash: 8CCBC105A0598C05E56ABD2951CB77E05D91BB22<br>File Hash:<br>FE2B1B7DEA40A9B854C3D7A16F91C029FB182724C88526B0A342FD142D572622 | 02-15-2023 22:39:40 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 183 | Info Hash: D8764F4AF562743164F9ED9498A828FCAC0FB208<br>File Hash:<br>F2635EF58AFC55E9452F79171FC8B38E7B21F0BBFE4D3683CA44CB699D439516 | 02-15-2023 22:39:39 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 184 | Info Hash: AE257D4A3CDE9D8FF36BE1AAE46B51BCE08F13F8<br>File Hash:<br>8854DBD8FC6501108CFD939FD068C4B2EDF8582D4CCFDA8839034056CC5BE3C4 | 02-15-2023 22:38:12 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 185 | Info Hash: BCD97F765AD72CFA9BC42CB26F1DB49D6C7387A4<br>File Hash:<br>2F77A13D57A1B50E73B38E30A8B4C14B47F1ECF9FB39E38B971BEF4E0A4FECF1 | 02-15-2023 10:23:13 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 186 | Info Hash: 1A92B9EDC1C4D931D7B0C9C7AD5FD4C2833A05C1<br>File Hash:<br>567F41D1E4F2B2A85D3D7A8014ACD2CDC5EFF115578303BCE06673819973F560 | 02-14-2023 10:50:30 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 187 | Info Hash: BD1CB71F94751AE32A319F7E528342E6D44DC505<br>File Hash:<br>6567C5909B2B9294458201071F878EF1AFC9D479E5FFD69445480855CBF81C75 | 02-13-2023 11:36:37 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 188 | Info Hash: 502A4328F01635F003ABC25667CD56E0ACEF67F8<br>File Hash:<br>A0A1C40524F7CB983DE9B9F87BB347EA335D6BFB55C8DAE91B2CC62F7CDD9634 | 02-12-2023 17:36:09 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 189 | Info Hash: C00EDC1F12E5051872EB0D78C518EF755F9AB034<br>File Hash:<br>90C3C43060083796BF2F4730B6F8BEC9003AC66F7E40A7453C3792A1778E5035 | 02-12-2023 16:55:59 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 190 | Info Hash: 83C10AC3DC9C9413F496041CEB8C6179D6988EFA<br>File Hash:<br>E84F55F2C80B73918BAA690307D345546CA419A098701E1835E4CA41A03BA11D | 02-12-2023 16:46:54 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 191 | Info Hash: 2A308BA700ABF33D118915F4D59EA85116DE8982<br>File Hash:<br>C2259E4C4296E317E6B07284AD43AD7390F12704F4582B76670CE564920CFF38 | 02-12-2023 16:40:50 | Tushy | 01-06-2019 | 01-22-2019 | PA0002147897 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 192 | Info Hash: C3753FE9F6D3007F6B5A492A5D6E043BA93C83BF<br>File Hash: 5FCFCD2F384024B612985F75F57F986A87141B609D42015E30BB5C50D055E96C | 02-07-2023 12:25:08 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 193 | Info Hash: 122F01F72618E3F202E6B427DF39A6146C5145E7<br>File Hash: 7AADE55F5FE9905D4A02C68DAD508A041414ED6DAB0E11929ACBA31CE2571F43 | 02-06-2023 11:24:04 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 194 | Info Hash: 743B436198D58868EE90DB21DD73E45156E91E69<br>File Hash: 68CAF48F7FAE60974122CFFA222A37ABFC4F3254649FB4BEB1FB67B8C19A452F | 02-05-2023 10:44:02 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 195 | Info Hash: 78D6507E6AC2F97007D9B87170692852F4F3658D<br>File Hash: 82CC8B7E9DB91DC507B29304294C5AFA9D9851A17B02C2485D96DE33D45CF9A9 | 02-01-2023 11:34:10 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 196 | Info Hash: 40D0A0F8DE498BA30734E52BB4A8E3B909CA8748<br>File Hash: C8278FE811B629B54A3046CAA645164E4059FDBA3820EF6D38BFF72C9C8A6C65 | 01-26-2023 09:34:02 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 197 | Info Hash: F67C043ED593FDD68E69F58022C98A5E78C5FA96<br>File Hash: AF177397DD6F57FB7620E61597589FD11591F5E714D0CBC78655555338A2D021 | 01-25-2023 10:04:19 | Tushy | 01-22-2023 | 01-27-2023 | PA0002393076 |
| 198 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash: BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 01-21-2023 09:34:31 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 199 | Info Hash: 833570A3D59430A1FA1A36B2925603ED725FCAFE<br>File Hash: 7CE43443E2BB14B13117BCF00A80D69C72893089014D8AE81F7D9E0858D2B3B2 | 01-20-2023 22:48:45 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 200 | Info Hash: DAF08946CC8E9C0865B015FC90652B7FB5E54189<br>File Hash: 4845409CF80BA7F69D2F0973B489CDB7816262721BBADCAAA2723A577F4EEAA3 | 01-17-2023 10:33:54 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |